**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00947-CV

**DONALD G. SKIPPER, Appellant**

**V.**

**LISA MARTENSEN, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-18822**

## ORDER

The Court has before it appellant's August 7, 2013 motion challenging the order sustaining contest to inability to pay. The Court **GRANTS** the motion. *See* TEX. R. APP. P. 20.1(j)(4). We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, and Shantel Beheler, Official Court Reporter of the 255th Judicial District Court of Dallas County, Texas, to file the clerk's record and the court reporter's record, respectively, in this case within thirty days of the date of this order, without requiring prepayment of costs. We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons, Shantel Beheler, appellant, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE